Commonwealth *v.* Gee, Appellant.

Submitted April 21, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Earl W. Tabor,* Public Defender, for appellant.

*Robert M. Kemp,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, May 28, 1969:
Order affirmed.

Commonwealth *v.* Oakley, Appellant.

Argued May 2, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Thomas P. Hamilton, Jr.,* for appellant.

*Vram Nedurian, Jr.,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, *William R. Toal, Jr.,* First Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, May 28, 1969:
Judgment of sentence is affirmed.

Taormina, Appellant, *v.* Catanese.

Argued April 30, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*A. Benjamin Scirica,* for appellant.

*Bernard V. DiGiacomo,* with him *Fox, Differ & DiGiacomo,* for appellee.

OPINION PER CURIAM, May 28, 1969:
Decree affirmed.